

NUMBER 13-14-00332-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI ᴄ EDINBURG

---

TEXAS DEPARTMENT OF PUBLIC SAFETY,                    Appellant,

v.

AMIR TURCIOS,                                          Appellee.

---

On Appeal from the County Court at Law No. 7
of Hidalgo County, Texas.

---

# ORDER

**Before Justices Garza, Benavides, and Perkes**
**Order Per Curiam**

This cause is before the Court on appellee's third unopposed motion for extension of time to file the brief. This Court has previously granted appellee two extensions for the filing of appellee's brief in this cause. The appellee's current deadline for filing appellee's brief is February 23, 2015.

The Court, having fully examined and considered appellee's third motion for extension of time to file the brief, is of the opinion that, in the interest of justice, appellee's motion for extension of time to file the brief should be granted.

Appellee's third motion for extension of time to file the brief is hereby granted, and the Honorable Joseph A. Connors III, counsel for appellees, is hereby ORDERED to file the appellee's brief with this Court on or before April 30, 2015. No further extensions will be granted in this matter.

PER CURIAM

Delivered and filed
The 20th day of March, 2015.